UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Desmond Bynum Sr<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  18-23423<br><br>Chapter:  13<br>Honorable A. Benjamin Goldgar |

### ORDER APPROVING SALE OF REAL ESTATE

THIS CAUSE coming to be heard on Debtor's Motion, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that Debtor's Motion is granted and the sale of his primary residence is approved.

Enter:  *[signature]*

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  February 16, 2021

**Prepared by:**

Lee Ratliff & Associates LLC
PO Box 677
Flossmoor IL 60422