**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE: Desmond T Bynum, Sr | ) | Chapter 13 |
| | ) | Case No. 18 B 23423 |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

### Notice of Motion and Certificate of Service

Desmond T Bynum, Sr
1429 East Lyn Court
Homewood, IL  60430

Debtor Attorney: Pro Se
via Clerk's ECF noticing procedures

On March 28, 2023 at 9:15 am, I will appear before the Honorable A. Benjamin Goldgar, or any judge sitting in that judge's place, either in Dirksen Federal Building, 219 S. Dearborn St, Courtroom 642, Chicago, IL 60604 or electronically as described below, and present this motion, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 319 7225 and the password is 584922. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

I certify under penalty of perjury that this office caused a copy of this notice and the attached motion to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, March 8, 2023.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE:  Desmond T Bynum, Sr | ) | Chapter 13 |
|  | ) | Case No. 18 B 23423 |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

**Motion to Dismiss Case for Failure to Make Plan Payments**

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c][6], stating:

On August 20, 2018, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on November 06, 2018, for a term of 60 months with payments of $400.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 55 | $23,623.00 | $22,725.00 | $898.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 03/07/2023
Due Each Month: $400.00
Next Pymt Due: 03/19/2023

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 04/06/2020 | 1061440 | $800.00 | 04/24/2020 | 4288003130 | $400.00 |
| 05/06/2020 | 4288003135 | $250.00 | 05/06/2020 | 4288003136 | $360.00 |
| 06/10/2020 | 4288003159 | $553.00 | 07/20/2020 | 4288003179 | $400.00 |
| 09/08/2020 | 4288003203 | $800.00 | 11/23/2020 | 4288003233 | $400.00 |
| 12/10/2020 | 4288003242 | $400.00 | 02/09/2021 | 4288003289 | $800.00 |
| 03/31/2021 | 4288508736 | $9,500.00 | 09/29/2021 | 4288509397 | $1,562.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300